UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE INSULIN PRICING LITIGATION** | **ORDER** <br><br> Civil Action No. 17-699 (BRM)(LHG) |
| **BEWLEY** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CVS HEALTH CORP.**, *et al.*, <br><br> Defendants. | Civil Action No. 17-12031 (BRM)(LHG) |
| **PRESCOTT** *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **CVS HEALTH CORP.**, *et al.*, <br><br> Defendant. | Civil Action No. 17-13066 (BRM)(LHG) |

THIS MATTER comes before the Court on an unopposed Motion for Leave to Withdraw as Counsel for Plaintiffs Julia Boss and Type 1 Diabetes Defense Foundation filed by Keller Rohrback and Critchley, Kinum & DeNoia, LLC ("Motion to Withdraw"). [Docket Entry No. 37 in 17-cv-1823 which was consolidated with 17-cv-699; Docket Entry No. 79 in 17-cv-12031; Docket Entry No. 126 in 17-cv-13066]. On January 31, 2018, the Court convened a telephonic conference on the record to get additional information about the Motion to Withdraw and its

impact on the pending proposed class actions. The Court invited Plaintiffs Julia Boss and Type 1 Diabetes Defense Foundation to participate and they declined to do so. The Court has considered the motion; and for good cause shown,

**IT IS** on this **31st** day of **January, 2018,**

**ORDERED** that Keller Rohrback and Critchley, Kinum & DeNoia, LLC's Motion for Leave to Withdraw as Counsel for Plaintiffs Julia Boss and Type 1 Diabetes Defense Foundation is **GRANTED**; and it is further

**ORDERED** that Plaintiffs Julia Boss and Type 1 Diabetes Defense Foundation shall have until **March 2, 2018** to retain new counsel and have that counsel enter an appearance. If the appearance of new counsel for Ms. Boss is not entered on the docket by **March 2, 2018**, Plaintiff Boss shall be deemed *pro se*. If the appearance of new counsel for Plaintiff Type 1 Diabetes Defense Foundation is not entered on the docket by **March 2, 2018**, then Defendants may seek appropriate relief; and it is further

**ORDERED** that Plaintiff Julia Boss shall have until **fourteen (14) days** after her new counsel has entered an appearance **or,** if proceeding *pro se*, until **March 16, 2018** to seek review of the January 19, 2018 Order Consolidating Civil Action Nos. 17-11580, 17-1823, and 17-2678 with 17-699 [Docket Entry No. 89 in 17-cv-699] by motion for reconsideration or otherwise; and it is further

**ORDERED** that Type 1 Diabetes Defense Foundation shall have until **fourteen (14) days** after its new counsel has entered an appearance to seek review of the January 19, 2018 Order Consolidating Civil Action Nos. 17-11580, 17-1823, and 17-2678 with 17-699 [Docket Entry No. 89 in 17-cv-699] by motion for reconsideration or otherwise; and it is further

**ORDERED** that Critchley, Kinum & DeNoia, LLC shall serve a copy of this order on Plaintiffs Julia Boss and Type 1 Diabetes Defense Foundation within **5 days** of the date hereof; and it is further

**ORDERED** that Plaintiffs Julia Boss and Type 1 Diabetes Defense Foundation are to provide the Clerk's Office with an address to be placed on the docket, at which mailings can be sent to them by the Court and other parties in the absence of counsel of record.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**